## LUTHER MOSES *versus* STEAM BOAT MISSOURI
### March 31, 1842.

.........., attorney for plaintiff.
.........., attorney for defendant.

## MORRISON PAULDING *versus* ROSS WILKINS and JOHN S. BAGG impleaded with ELIJAH J. ROBERTS
### March 31, 1842.

